# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of NEW YORK** | **U.S District Court, Soutern District Court** |

Index Number: 12 CIV 3120
Date Filed: 4/20/2012

Plaintiff:
**JULIO RIVERA**

vs.

Defendant:
**ESPLANADE, LLC, DAVID SOLOMON, ALEXANDER SCHARF ET AL**

For:
58741
DEREK T. SMITH LAW GROUP, P.C.
30 Broad Street, 35th Flr.
New York, NY 10004

Received by Elite Process Servers on the 7th day of May, 2012 at 1:31 pm to be served on **IGNATIOUS MOULTRIE-C/O THE ESPLANADE, 305 WEST END AVENUE, NEW YORK, NY 10023**.

I, KENNETH BARNES, being duly sworn, depose and say that on the **22nd day of May, 2012** at **4:40 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with **JOAN WEISS** at **305 WEST END AVENUE, NEW YORK, NY 10023**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** in a postpaid envelope addressed to: **IGNATIOUS MOULTRIE-C/O THE ESPLANADE** at the address of **305 WEST END AVENUE, NEW YORK, NY 10023** and bearing the words "Personal & Confidential" by First Class Mail on **5/24/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon the information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of May, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

JESSICA ACEVEDO
Notary Public, State of New York
No. 01AC6223573
Qualified in Queens County
Commission Expires June 14, 2014

**KENNETH BARNES**
1278936

Elite Process Servers
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2012002985

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w



# AFFIDAVIT OF SERVICE

| State of New York | County of NEW YORK | U.S District Court, Soutern District Court |
|---|---|---|

Index Number: 12 CIV 3120
Date Filed: 4/20/2012

Plaintiff:
**JULIO RIVERA**

vs.

Defendant:
**ESPLANADE, LLC, DAVID SOLOMON, ALEXANDER SCHARF ET AL**

For:
58741
DEREK T. SMITH LAW GROUP, P.C.
30 Broad Street, 35th Flr.
New York, NY 10004

Received by Elite Process Servers on the 7th day of May, 2012 at 1:31 pm to be served on **SUSAN SCHARF DIAMOND-C/O THE ESPLANADE, 305 WEST END AVENUE, NEW YORK, NY 10023**.

I, KENNETH BARNES, being duly sworn, depose and say that on the **22nd day of May, 2012** at **4:40 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with **JOAN WEISS** at **305 WEST END AVENUE, NEW YORK, NY 10023**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** in a postpaid envelope addressed to: **SUSAN SCHARF DIAMOND-C/O THE ESPLANADE** at the address of **305 WEST END AVENUE, NEW YORK, NY 10023** and bearing the words "Personal & Confidential" by First Class Mail on **5/24/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon the information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of May, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

JESSICA ACEVEDO
Notary Public, State of New York
No. 01AC6223673
Qualified in Queens County
Commission Expires June 14, 2014

KENNETH BARNES
1278936

Elite Process Servers
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2012002984

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w



# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of NEW YORK | U.S District Court, Soutern District Court |

Index Number: 12 CIV 3120
Date Filed: 4/20/2012

Plaintiff:
**JULIO RIVERA**

vs.

Defendant:
**ESPLANADE, LLC, DAVID SOLOMON, ALEXANDER SCHARF ET AL**

For:
58741
DEREK T. SMITH LAW GROUP, P.C.
30 Broad Street, 35th Flr.
New York, NY 10004

Received by Elite Process Servers on the 7th day of May, 2012 at 1:31 pm to be served on **DAVID SOLOMON-C/O THE ESPLANADE, 305 WEST END AVENUE, NEW YORK, NY 10023**.

I, KENNETH BARNES, being duly sworn, depose and say that on the **22nd day of May, 2012** at **4:40 pm, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with **JOAN WEISS** at **305 WEST END AVENUE, NEW YORK, NY 10023**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** in a postpaid envelope addressed to: **DAVID SOLOMON-C/O THE ESPLANADE** at the address of **305 WEST END AVENUE, NEW YORK, NY 10023** and bearing the words "Personal & Confidential" by First Class Mail on **5/24/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon the information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of May, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JESSICA ACEVEDO
Notary Public, State of New York
No. 01AC6223673
Qualified in Queens County
Commission Expires June 14, 2014

_____
KENNETH BARNES
1278936

**Elite Process Servers**
**1603 FRANCIS LEWIS BLVD.**
**WHITESTONE, NY 11357**
**(718) 831-9060**

Our Job Serial Number: ELT-2012002982

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w



# AFFIDAVIT OF SERVICE

| State of New York | County of NEW YORK | U.S District Court, Soutern District Court |

Index Number: 12 CIV 3120
Date Filed: 4/20/2012

Plaintiff:
**JULIO RIVERA**

vs.

Defendant:
**ESPLANADE, LLC, DAVID SOLOMON, ALEXANDER SCHARF ET AL**

For:
58741
DEREK T. SMITH LAW GROUP, P.C.
30 Broad Street, 35th Flr.
New York, NY 10004

Received by Elite Process Servers on the 7th day of May, 2012 at 1:31 pm to be served on **ALEXANDER SCHARF- C/O THE ESPLANADE, 305 WEST END AVENUE, NEW YORK, NY 10023**.

I, KENNETH BARNES, being duly sworn, depose and say that on the **22nd day of May, 2012** at **4:40 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with **JOAN WEISS** at **305 WEST END AVENUE, NEW YORK, NY 10023**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** in a postpaid envelope addressed to: **ALEXANDER SCHARF-C/O THE ESPLANADE** at the address of **305 WEST END AVENUE, NEW YORK, NY 10023** and bearing the words "Personal & Confidential" by First Class Mail on **5/24/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon the information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of May, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

JESSICA ACEVEDO
Notary Public, State of New York
No. 01AC6223673
Qualified in Queens County
Commission Expires June 14, 2014

KENNETH BARNES
1278936

Elite Process Servers
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2012002983

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w

